UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LATONYA MOSLEY, | : | Civil No. 10-191 (SRC) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| FENDI NORTH AMERICA, | : | |
| Defendant. | : | |

This matter having come before this Court on the application filed by Plaintiff Latonya Mosley, to file a Complaint in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiff has submitted an affidavit in support of the application which states that she is presently employed with an annual income exceeding $42,000.00; and it appearing that Plaintiff has not shown indigence to justify granting her in forma pauperis status pursuant to 28 U.S.C. § 1915; and good cause appearing,

**IT IS** therefore on this 1st day of February, 2010,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby **DENIED**.

   s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge